

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JRS:TH/EJD/AP                                          *271 Cadman Plaza East*
F. #2020R00708                                       *Brooklyn, New York 11201*

December 6, 2023

<u>By Email</u>

Anthony Cecutti, Esq.
Kestine Thiele, Esq.
217 Broadway, Suite 707
New York, NY 10007
anthonycecutti@gmail.com
kestine@kthielelaw.com

Kenneth J. Montgomery, Esq.
198 Rogers Avenue
Brooklyn, NY 11225
ken@kjmontgomerylaw.com

> Re:     United States v. Cory Martin
>         <u>Criminal Docket No. 20-549 (AMD)</u>

Dear Counsel:

Pursuant to Fed. R. Crim. P. 16(a)(1)(G), the government hereby provides notice that it anticipates calling the following individuals to testify as experts at trial: (1) Dr. Shana Straub, Medical Examiner with the Office of Chief Medical Examiner ("OCME"), State of Connecticut; (2) Dr. Angela Soler, forensic anthropologist with the OCME, City of New York; (3) Bo Lim, a criminalist with the OCME Forensic Biology Laboratory, City of New York; (4) Special Agent Richard Busick, with the Federal Bureau of Investigation; (5) Detective Cynthia Ramirez, an examiner with the New York City Police Department ("NYPD") Latent Print Unit; and (6) Patricia Zippo, a criminalist formerly with the NYPD Laboratory.

Unless otherwise noted below, the government is compiling a complete list of all other cases in which the witnesses have testified as an expert in the previous four years, pursuant to Fed. R. Crim. P. 16(a)(1)(G)(iii), and will supplement this expert disclosure as soon as that information is finalized.

I.     Shana Straub, M.D.

Dr. Shana Straub, M.D., is a Medical Examiner with the Office of Chief Medical Examiner ("OCME") for the state of Connecticut. Dr. Straub was previously employed as a Medical Examiner for the OCME, City of New York. Dr. Straub's areas of expertise include anatomic and forensic pathology. Dr. Straub's curriculum vitae is enclosed as Exhibit A and contains a list of Dr. Straub's publications for the previous 10 years. The government further attaches a complete list of cases in which the witness has testified as an expert in the previous four years as Exhibit B. Dr. Straub is expected to testify regarding the autopsy performed on Brandy Odom on or about April 10-12, 2018. Specifically, Dr. Straub will testify regarding Odom's cause and manner of death and the nature of injuries sustained. The conclusions reached in this regard and bases for those conclusions are set forth in the signed autopsy reports and materials for Brandy Odom under Medical Examiner numbers K18-9095 and K18-9152, previously produced at MARTIN005320-005771 and MARTIN005846-MARTIN006100.

II.    Angela Soler, PhD, D-ABFA

Dr. Soler is employed by the OCME, City of New York, as a forensic anthropologist. Dr. Soler's areas of expertise include forensic anthropology and anthropological trauma. Dr. Soler's curriculum vitae is enclosed as Exhibit C and contains a list of Dr. Soler's publications for the previous 10 years. The government further attaches a complete list of cases in which the witness has testified as an expert in the previous four years as Exhibit D. Dr. Soler is expected to testify regarding the dismemberment of Brandy Odom and the anthropological trauma inflicted on Odom's body. Dr. Soler will testify regarding the body parts examined under Medical Examiner numbers K18-9095 and K18-9152 and the method of dismemberment. The conclusions reached in this regard and bases for those conclusions are set forth in the signed anthropology report for Brandy Odom, previously produced with the autopsy file at MARTIN005320-005771 and MARTIN005846-MARTIN006100. The signed anthropology report is at MARTIN005340-MARTIN5352.

III.   DNA Analysis Expert Witness

Criminalist Bo Lim is a Criminalist Level III with the OCME's Forensic Biology Laboratory. Criminalist Lim is an expert in DNA analysis. Criminalist Lim's curriculum vitae is enclosed as Exhibit E. Mr. Lim is expected to testify regarding DNA analysis conducted during the investigation into the homicide of Brandy Odom. The conclusions reached in this regard and bases for those conclusions are set forth in OCME forensic biology reports FB18-02127, FBS13-0094, FBS18-01551, FBS18-01552, FBS18-01553, FBS18-01554, FBS18-01607, FBS18-01710, FBS18-02274, FBS18-02277, FBS18-02304, and FBS19-03941, which were all previously produced at MARTIN003562-MARTIN005319, MARTIN008684-MARTIN008822, MARTIN010544-MARTIN010671, and MARTIN010760-MARTIN010988. We expect Mr. Lim to provide signature pages for each of the above-listed forensic biology reports, which will be produced when it is completed.

IV.     Cell Site Analysis Expert Witness

        Special Agent Richard Busick is a special agent with the FBI who is an expert regarding cell phone location data.  SA Busick's curriculum vitae is enclosed as Exhibit F.  SA Busick has not authored any publications within the last ten years.  SA Busick is expected to testify regarding his review of AT&T telephone records for telephone numbers (718) 600-1072 and (347) 729-4723 and his analysis of cell site information contained therein.  SA Busick is further expected to testify regarding the conclusions he drew as a result of this analysis and maps he created reflecting data drawn from the AT&T records that he analyzed.  The AT&T phone records upon which SA Busick's conclusions are based were previously produced as MARTIN006145-006252 and MARTIN011062.  The government will produce a report reflecting SA Busick's opinions and the bases and reasons for them when it is completed.

V.     Fingerprint Analysis Expert Witness

        Detective Cynthia Ramirez is an examiner with the NYPD Latent Print Section, who will testify regarding the analysis of fingerprints recovered during the course of the investigation into the homicide of Brandy Odom.  Detective Ramirez's curriculum vitae is enclosed as Exhibit G.  Detective Ramirez has not authored any publications within the last ten years.  The government further attaches a complete list of cases in which the witness has testified as an expert in the previous four years as Exhibit H.  The government anticipates that Detective Ramirez will testify about the value of fingerprints lifted during the course of the investigation into Odom's homicide, as well as a latent print comparison and resulting exclusions, including to the opinions set forth in documents previously produced in discovery as MARTIN008838-9089 and the September 11, 2023 signed Latent Print Section Report of Re-examination produced on September 22, 2023 as MARTIN010199-010285.[1]

VI.     Handwriting Analysis Expert Witness

        Criminalist Patricia Zippo is a forensic document examiner in private practice and was previously a criminalist with the NYPD Laboratory, who will testify regarding handwriting analysis that she conducted related to a life insurance policy taken out in Brandy Odom's name and purportedly signed by Brandy Odom.  Examiner Zippo's curriculum vitae is enclosed as Exhibit I and contains a list of Examiner Zippo's publications for the previous 10 years.  The government further attaches a complete list of cases in which the witness has testified as an expert in the previous four years as Exhibit J.  The government expects that Examiner Zippo will testify about conclusions that she was able to draw based on a comparison of Brandy Odom's known writing samples to the purported signature of Brandy Odom on a life insurance policy.  The conclusions reached in this regard and bases for those conclusions are set forth in the signed NYPD laboratory report and related documents authored by Examiner Zippo, previously produced as MARTIN008017-MARTIN008091.

_____

        [1]     These are the conclusions originally reached by Detective Patricia Lezcano of the NYPD's Latent Print Section.  Because Detective Lezcano is unavailable to testify at the upcoming trial, the government intends to offer testimony regarding this analysis through Detective Ramirez, who is an active member of the NYPD's Latent Print Section.

The government reserves the right to call additional and/or substitute expert witnesses. The government will comply with Federal Rule of Criminal Procedure 16(a)(1)(G) and Federal Rules of Evidence 702, 703 and 705, and notify you in a timely fashion of any additional or substitute experts that the government intends to call at trial and provide you with a summary of the experts' opinions.[2]

Very truly yours,

BREON PEACE
United States Attorney

By:      /s/_____
Tanya Hajjar
Emily J. Dean
Andy Palacio
Assistant U.S. Attorneys
(718) 254-7000

cc:      Counsel of record (by ECF)
Clerk of Court (AMD) (by ECF)

---

[2]      The government will supplement the following summaries as any additional materials or information become available. The government also may provide notice as to additional witnesses it intends to qualify as expert witnesses.

4