# EXHIBIT A

# Shana F. Straub, M.D.

## PROFESSIONAL WORK EXPERIENCE:

**Connecticut Office of the Chief Medical Examiner**  Farmington, CT
Associate Medical Examiner  Sept 2019- present

## EDUCATION:

**Office of the Chief Medical Examiner**, New York, NY  July 2018 – June 2019
Forensic Neuropathology and Cardiopathology Fellowship Program

**Office of the Chief Medical Examiner**, New York, NY  July 2017 – June 2018
Forensic Pathology Fellowship Program

**University of Rochester**, Rochester, NY  July 2013 – June 2017
Anatomic and Clinical Pathology Residency Program
Chief Resident for 2016-2017 Academic Year

**Albany Medical College**, Albany, NY  Aug 2009 – May 2013
M.D.

**Whitman College**, Walla Walla, WA  Aug 2004 – May 2008
B.A. Biochemistry, Biophysics, and Molecular Biology    Minor: Japanese
*Magna cum laude*

## PROFESSIONAL QUALIFICATIONS:

Forensic Pathology Board Certified  Certified Sept 5, 2018
    Certificate Number S-18-445

Anatomic and Clinical Pathology Board Certified  Certified Aug 7, 2017
    Certificate Number 17-446

Connecticut State Medical License  Issued Sept 5, 2019
    License Number 64187  Currently active

New York State Medical License  Issued July 30, 2014
    License Number 276546  Currently inactive

U.S. Citizen

## PUBLICATIONS/PRESENTATIONS:

**Straub S,** Folkerth R. "Autopsy Neuropathology of Neocerebellar Agenesis: a Report of Two Cases." Poster presentation. AANP, Atlanta, GA. 2019.

**Straub S**, Drage MG, Gonzalez RS. "Comparison of dysplastic fundic gland polyps in patients with and without familial adenomatous polyposis." *Histopathology*. 2018; 72: 1172-1179.

Refaai MA, Kothari TH, **Straub S**, Falcon J, Sarode R, Goldstein JN, Brainsky A, Omert L, Lee ML, Milling TJ. "Four-factor prothombin complex concentrate reduces time to procedure in vitamin K antagonist-treated patients experiencing gastrointestinal bleeding: a post hoc analysis of two randomized controlled trials." *Emerg Med Int*. 2017; 2017: 8024356.

Day N, **Straub S**, Huber A, Huang J. "Colonic endometriosis presenting with rectal bleeding." *Am J Gastroenterol* 2016; 111: 1087.

**Straub S**, Burstein D, Katerji H, Li F, Yang Q, McMahon L, Xiao GQ. "PLZF: a sensitive and specific biomarker for yolk sac tumor." Poster presentation. USCAP, Seattle, WA. 2016.

**Straub S**, Gonzalez R. "Comparison of dysplastic fundic gland polyps in patients with and without familial adenomatous polyposis." Poster presentation. USCAP, Seattle, WA. 2016.

**Straub S**, Unger P, Yang Q, Kinoshita Y, Burstein D, Beasley MB, Zhu H, Li F, Yao J, McMahon L, Xiao GQ. "Preferential expression of PZLF in benign prostatic epithelium and low grade prostate cancer." Poster presentation. USCAP, Boston, MA. 2015.


## RESEARCH EXPERIENCE:

**University of Rochester** — Rochester, NY
*Pathology Resident* — July 2015-June 2017
- With Dr. Raul Gonzalez, a compilation of cases of fundic gland polyps with dysplasia, investigating possible risk factors and progression to malignancy
- Poster presentation at 2016 USCAP Meeting
- Manuscript published in Histopathology

**University of Rochester** — Rochester, NY
*Pathology Resident* — Aug 2014-Sept 2016
- With Dr. Guang-Qian Xiao, an investigation of the expression profile of PLZF in various human tissues, with focus on benign and malignant prostatic tissue and testicular tumors
- Poster presentations at 2015 and 2016 USCAP Meetings

**University of Rochester** — Rochester, NY
*Pathology Resident* — July 2013-Sept 2017
- With Dr. Majed Refaai, a comparison of Kcentra and plasma for warfarin correction in GI bleeds, particularly in regards to length of hospital stay and timing of EGD/colonoscopy
- Manuscript published in Emergency Medicine International

**Aichi Cancer Center Research Institute**   Nagoya, Japan
*Research Intern*   June-Aug 2008, 2009
- Worked full-time investigating DNA methylation in gastrointestinal stromal tumors, hepatocellular carcinoma, and non-small cell lung cancers
- Learned laboratory techniques including RNA extraction, real-time polymerase chain reaction, gel electrophoresis, and microarray analysis
- Discussed various research projects and techniques in both English and Japanese

**University of Wisconsin-Madison**   Madison, WI
*Research Assistant*   June-Aug 2007
- Worked full-time on molecular genetics research project with Arabidopsis
- Learned laboratory techniques and procedures including DNA extraction, centrifugation, polymerase chain reaction, and gel electrophoresis

**PREVIOUS WORK EXPERIENCE:**

**Albany Medical College Office of Admissions**   Albany, NY
*Work-study Aide*   Sept 2009-May 2011
- Assisted with sorting and filing student applications

**InBios International, Inc.**   Seattle, WA
*Laboratory Technician*   Nov 2008-June 2009, June-Aug 2010
- Worked full-time developing rapid dipstick tests for infectious diseases including Rift Valley Fever, malaria, and Rickettsia
- Learned laboratory techniques including protein purification, BCA protein and ELISA assays
- Assisted in the manufacture of rapid tests and ELISA plates for commercial use

**LEADERSHIP/VOLUNTEER/TEACHING EXPERIENCE:**

**Autopsy Working Group**   Rochester, NY
*Resident*   2015-2017
- Committee of faculty and residents meeting monthly to discuss and adjust the autopsy rotation to improve quality of autopsy education and clinical service

**Big Sib Resident Mentor Program**   Rochester, NY
*"Big Sib" Resident*   2014-2015
- As a PGY-2, served as a mentor to a PGY-1 resident to assist with their transition into residency

**Kid's MD**   Albany, NY
*Program Co-coordinator*   Aug 2010-May 2011
- Organized interactive sessions at local elementary schools to dissipate fears about doctors
- Ran booths at health fairs and events

**HealthPoint Community Clinic**   Renton, WA
*Student Volunteer*   May-July 2010
- Assisted nurses and attending physicians with triaging of patients   4hrs/wk

- Performed and observed in-house phlebotomy, lab tests, wet mount slides, and urinalyses

**Sea Mar Community Care Center** — Seattle, WA
*Activities Volunteer* — May-July, 2010
- Coordinated and assisted with games and activities for residents — 3hrs/wk

**SOAR Program** — Albany, NY
*Mentor* — Aug-Dec 2009
- Served as mentor and tutor for a 4th grade student and meet every other week
- Planned activities and games with other mentors for the entire group


## HONORS & AWARDS:

Resident Research Day Oral Presentation, 2nd place – University of Rochester, June 2016
Scholastic Excellence, M1 - Albany Medical College
Jacob Wachsman Medical Scholarship Award Fund – *Scholarship to Albany Medical College students that have completed first year as selected by the Dean*
Phi Beta Kappa Honor Society


## PROFESSIONAL ORGANIZATIONS:

| | |
|---|---|
| American Medical Association | 2010-present |
| Society for Cardiovascular Pathology | 2018 - 2019 |
| American Society for Clinical Pathology | 2015 - 2018 |
| College of American Pathologists | 2014 - 2018 |


## LANGUAGE FLUENCY (BESIDES ENGLISH)

**Japanese**
  Passed the Japanese Language Proficiency Test N-1 (highest level) in 2017
  Speaking – fluent at conversational level
  Reading/Writing – good (middle school level)