# EXHIBIT B

# Disclosure as to Expert Witness Doctor Shana Straub, M.D.

**List of Cases**

The following is "a list of all other cases in which, during the previous 4 years, the witness has testified as an expert at trial or by deposition," Fed. R. Crim. P. 16(a)(1)(G)(iii):

| Approximate Date(s) of Testimony | Case Name & Docket No. | Court |
|---|---|---|
| November 8, 2023 | State v. Luiz Roman – FBT-CR21-034794-T | Bridgeport Superior Court |
| September 9, 2022 | State v. Kevin Landry – HHD-CR20-0739619-T | Hartford Superior Court |
| November 29, 2022 | State v. Antwon Barnes – HHD-CR19-0191487-T | Hartford Superior Court |
| December 13, 2022 | U.S. v. Paul Prosano, et al. – 20-CR-5985 | D. Connecticut |