# EXHIBIT C

# ANGELA SOLER, PHD, D-ABFA
## NEW YORK CITY
## OFFICE OF CHIEF MEDICAL EXAMINER

**EDUCATION**

2012   PhD, Physical Anthropology (emphasis in forensics), Michigan State University
2009   MA, Physical Anthropology (emphasis in forensics), Michigan State University
2003   BS, Biological Anthropology, The George Washington University

**PROFESSIONAL CERTIFICATIONS, AFFILIATIONS, AND SERVICE**

| | |
|---|---|
| 2017-Present | Diplomate (#119), American Board of Forensic Anthropology |
| 2020-Present | Board of Directors, American Board of Forensic Anthropology |
| 2019-Present | Fellow, American Academy of Forensic Sciences (Student 2004-2013, Associate 2013-2016, Member 2016-2019) |
| 2019-Present | National Institute of Justice Research and Development Grant Reviewer |
| 2015-Present | National Institute of Justice Technology Working Group |
| 2018-Present | Forensic Anthropology, Article Peer Reviewer |
| 2013-Present | Board Member, Pima County Office of the Medical Examiner Research Board |
| April 2019 | Puerto Rico Forensic Science Institute, Forensic Anthropologist, (Term assistance with forensic anthropology cases after Hurricane Maria) |
| 2018, 2019 | American Academy of Forensic Sciences, Abstract Peer Reviewer |
| 2017 | ANAB (ANSI National Accreditation Board), Technical Assessor for Forensic Anthropology/Archaeology Laboratory |

**PROFESSIONAL EXPERIENCE**

**New York City Office of Chief Medical Examiner**     **2015-Present**
*Assistant Director of Forensic Anthropology, New York, NY*
*NamUs/Long Term Unidentified Cases Lead*
*World Trade Center Operations Anthropologist*

- Prepare and submit anthropological case reports for the Medical Examiner
- Conduct skeletal analysis of remains for forensic cases to include: human vs non-human; medicolegal significance; skeletal and cartilaginous trauma, anomalies, and pathologies; biological profiles (age-at-death, sex, ancestry, stature); unique identifying characteristics; time-since-death; resolution of commingling; and resection of osseous bone samples for DNA identification
- Ensure 24-hour scene response in cases of skeletal, fragmentary, and buried human remains, and disinterment of remains for identification purposes. Serve as a member of the OCME

- mass disaster response team and fulfill a leadership role in interagency communication and recovery at a mass disaster scene
- Manage all OCME long-term unidentified remains cases and NamUs case files and communicate with families regarding identification of their loved ones
- Assist with ongoing identification efforts of 9/11 WTC victims and communicate with family members regarding the identification of remains belonging to their loved ones
- Assisted with the attainment of Forensic Anthropology Unit laboratory accreditation through ANSI National Accreditation Board. Assist with ongoing accreditation procedures
- Train OCME and law enforcement personnel on laboratory and field procedures related to the Forensic Anthropology Unit at OCME. Provide guest lectures about Forensic Anthropology to the NYU Medical Rotation program, and local universities and agencies
- Mentor department interns and provide guidance to Visiting Scientists

**Joint POW/MIA Accounting Command Central Identification Lab**  2013-2014
*ORISE Research Postdoc, JPAC CONUS Annex, Offutt Air Force Base, NE*
- Assisted in human remains recoveries in cases of fire and other circumstances
- Conducted historical research of chest radiographs from service members and civilians who served in World War II and the Korean War
- Archived and curated thousands of chest radiograph films from multiple military induction centers for World War II and the Korean War

**Argentine Forensic Anthropology Team**  April 2014
*Forensic Anthropology Expert Witness, Mexican Forensic Commission, Mexico*
- Co-authored anthropological case reports
- Conducted skeletal analysis of human remains for forensic cases to include: skeletal blunt force and dismemberment trauma; biological profiles; unique identifying characteristics; and resection of osseous bone samples for DNA identification
- Worked in the morgue as part of an international team of forensic experts to identify the remains of migrants

**Pima County Office of the Medical Examiner**  2012- 2013
*Forensic Anthropologist, Post-Doctoral Fellow, Tucson, AZ*
- Prepared and submitted anthropological case reports for the Medical Examiner and reviewed and co-signed forensic case reports of a graduate student analyst
- Conducted skeletal and dental analysis of remains for forensic cases to include: human vs non-human; medicolegal significance; resolution of commingling; biological profiles; full dental charting; unique identifying characteristics; time-since-death; skeletal trauma, pathological conditions, and anomalies; and resection of osseous bone samples for DNA identification
- Conducted positive identifications through comparative medical and dental radiography
- Coordinated human remains recoveries in cases of fire, burial, disinterment, and other circumstances
- Entered and reviewed unidentified remains cases into NamUs.gov
- Worked as a member of a multidisciplinary team to resolve unidentified remains cases
- Supervised and mentored undergraduate interns and graduate analysts

**Pima County Office of the Medical Examiner** 2011
*Forensic Anthropologist, Pre-Doctoral Fellow, Tucson, AZ*
- Co-authored anthropological case reports for the Medical Examiner
- Conducted skeletal and dental analysis of remains for forensic cases to include: human vs non-human; medicolegal significance; resolution of commingling; biological profiles; full dental charting, unique identifying characteristics; time-since-death; skeletal trauma; and resection of osseous bone samples for DNA identification
- Conducted positive identifications through comparative medical and dental radiography
- Entered unidentified remains cases into NamUs.gov
- Assisted with human remains recoveries in cases of fire, burial, disinterment, and other circumstances
- Mentored undergraduate interns in forensic anthropological methods and analyses

**Michigan State University Forensic Anthropology Laboratory** 2005-2011
*Forensic Anthropology Graduate Analyst, East Lansing, MI*
- Co-authored anthropological case reports for Medical Examiners and Law Enforcement
- Conducted skeletal and dental analysis of remains for forensic cases to include: human vs non-human; medicolegal significance; resolution of commingling; biological profiles; full dental charting; unique identifying characteristics; time-since-death; skeletal trauma
- Conducted positive identifications through comparative medical and dental radiography
- Participated in human remains scene recoveries

**Michigan State University Nubian Bioarchaeology Research Lab** 2010-2011
*Graduate Student On-Site Laboratory and Research Director, East Lansing, MI*
- Supervised six graduate and eighteen undergraduate interns in the osteological analyses, cleaning, organization, and curation of a historic skeletal collection of 459 adult and juvenile remains.
- Taught undergraduate interns human skeletal anatomy, and analysis of the biological profile, paleopathology and the interpretation of trauma on the human skeletal remains
- Managed day-to-day operations of the laboratory
- Helped facilitate the import licensing and transfer of the skeletal research collection from the British Museum
- Designed and managed the set-up and organization of the laboratory space and research plan

**Michigan State University Forensic Anthropology Laboratory** 2009-2010
*Graduate Student Laboratory Manager and Research Assistant, East Lansing, MI*
- Facilitated and directed the MSU Forensic Anthropology Laboratory towards future attainment of ASCLD-LAB International Forensic Laboratory Accreditation
- Directed daily operations of the MSU Forensic Anthropology Laboratory
- Oversaw forensic casework and kept graduate student analysts on task
- Communicated with law enforcement and medical examiner's offices on new and ongoing forensic casework at the MSU Forensic Anthropology Lab
- Assisted forensic anthropologist, Dr. Todd Fenton, on a National Institute of Justice and MSU funded research grant
- Collected photographic, diagrammatic, and autopsy report data on pediatric skull fractures from medical examiner's offices throughout the state of Michigan

## ACADEMIC POSITIONS

Spring 2023    New York University
                       **Adjunct Assistant Professor**, Department of Anthropology
                           ANTHGA 1542: The Biological Profile
2015/2019      City University of New York, Hunter College
                       **Adjunct Assistant Professor**, Department of Anthropology
                           ANTHP 401.77: Human Osteology


## PUBLICATIONS/TECHNICAL REPORTS

Hughes C, Yim AD, Juarez C, Servello J, Thomas R, Passalacqua N, **Soler A**. 2023. Investigating Identification Disparities in Forensic Anthropology Casework. *PLOS ONE. Accepted for publication.*

Reineke R, **Soler A**, Beatrice J. 2023. Towards a Forensic Anthropology of Structural Vulnerability. *Forensic Science International Synergy* 6, 100332. https://doi.org/10.1016/j.fsisyn.2023.100332

Adams B, Warnke-Sommer J, Odien J, **Soler A**, Damann F. 2022. Victim Identification from the September 11, 2001 attack on the World Trade Center: Past Trends and Future Predictions. Forensic Science International. *Forensic Science International* 340, 111463. https://doi.org/10.1016/j.forsciint.2022.111463

Adams B, Warnke-Sommer J, Odien J, **Soler A**. 2022. Victim Identification and Body Completeness Based on Last Known Location at the World Trade Center. Forensic Science International. *Forensic Science International* 340, 111440. https://doi.org/10.1016/j.forsciint.2022.111440

**Soler A**, Beatrice JS, Martínez DE. 2022. Oral Pathologies as a Reflection of Structural Violence and Stigma among Undocumented Migrants from Mexico and Central America. In: Byrnes J and Sandoval I (editors). The Marginalized in Death: A Forensic Anthropology of Intersectional Identity in Modern Era. Washington, DC: Lexington Books.

Quinn RL, Alesbury H, Ceja L, **Soler A**, Godfrey L. 2021. Food has no Borders: Methodological Insights from the Forensic Isotopic Profile of a New York City Immigrant. *Forensic Anthropology* 4(3):1-13. https://doi.org/10.5744/fa.2020.0043

Beatrice JS, **Soler A,** Reineke RC, Martínez DE. 2021. Skeletal Evidence of Structural Violence among Undocumented Migrants from Mexico and Central America. *American Journal of Physical Anthropology*, 176(4):584-605. https://doi.org/10.1002/ajpa.24391

**Soler A**, Reineke RC, Beatrice JS, Anderson BE. 2019. Etched in Bone: Embodied Suffering in the Remains of Undocumented Migrants. In: Sheridan T, McGuire R (editors). The Border and its Bodies: The Corporeality of Risk along the U.S.-Mexico Line. Tucson: University of Arizona Press.

**Soler A**, Isaac CV, Beatrice JS, Fenton TW. 2019. "The Human Skeletons from the Vrina Plain". In: Greenslade S, Hodges R (editors). Butrint 6: Excavations of the Vrina Plain, Volume 2: The Finds. Oxford: Oxbow Books.

**Soler A**, Isaac CV, Streetman E, Vollner J, Leah V. *Submitted*. The Human Skeletons from Cemetery 3-J-11 at Mis Island in the 4th Cataract of the Nile River. Osteological site report for The British Museum.

Isaac CV, **Soler A**, Streetman E, Vollner J, Leah V. *Submitted*. The Human Skeletons from Cemetery 3-J-10 at Mis Island in the 4th Cataract of the Nile River. Osteological site report for The British Museum.

**Soler A,** Beatrice JS. 2018. Expanding the Role of Forensic Anthropology in a Humanitarian Crisis: An Example from the United States-Mexico Border. In: Latham K, O'Daniel A (editors). Sociopolitics of Migrant Death and Repatriation: Perspectives from Forensic Science. Switzerland: Springer International Publishing. https://doi.org/10.1007/978-3-319-61866-1_9

Beatrice JS, **Soler A**. 2016. Skeletal Indicators of Stress: A Component of the Biocultural Profile of Undocumented Migrants. *Journal of Forensic Sciences* 61(5):1164-1172. https://doi.org/10.1111/1556-4029.13131

Hurst CV, **Soler A**, Fenton TW. 2013. Personal Identification in Anthropology. In: Siegel JA, Saukko P (editors). Encyclopedia of Forensic Sciences, 2nd Edition. New York: Elsevier. https://doi.org/10.1016/B978-0-12-382165-2.00013-1

## CONFERENCE PRESENTATIONS AND PUBLISHED ABSTRACTS

Slone MS, **Soler A,** Odien J, Goldstein J, Adams B, Schultz N, Cavalli D, Mateyaschuk S. A Multidisciplinary Approach to K9 Human Remains Detection: Integration of Medical Examiners, Forensic Anthropologists, and Medicolegal Investigators with the K9 Team. Submitted for presentation at the 76th Annual Meeting of the American Academy of Forensic Sciences, Denver, CO.

**Soler A**, Goldstein J, Naka A. 2023. Identification Investigations: A Collaborative Approach to the Resolution of Long-Term Unidentified Persons Cases at the NYC Office of Chief Medical Examiner. Paper presented at the 75th Annual Meeting of the American Academy of Forensic Sciences, Orlando, FL. Invited paper for the symposium "Beyond the Science: The Value of Anthropological Forensics."

Adams B, Sommer J, Odien J, **Soler A**, Rainwater C, Damann F. 2022. World Trade Center Data Analysis Project: 20 Years of Ongoing Identification Efforts. Paper presented at the 74th Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA.

Schweighardt AJ, **Soler A**. 2022. Using Mitochondrial DNA (mtDNA) and the Y Chromosome to Estimate Population Affinity and Region of Origin. Paper presented at the 74th Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA.

Dickinson G, Jarvis H, **Soler A**, Fleischman F. 2022. Congenital Rib Abnormalities: A Presentation of Two Case Studies and a Literature Review. Poster presented at the 74th Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA.

**Soler A,** Beatrice JS, Reineke RC, Martínez DE. 2020. Beyond Identification: Structural Vulnerability and the Investigation of Migrant Deaths. Presented at the 72nd Annual Meeting of the American Academy of Forensic Sciences, Anaheim, CA. Invited Contributor, Diversity and Inclusion Symposium- Humanitarian Concerns in Migration: Conflict, Climate, and Ethics.

Quinn RL, Alesbury HS, **Soler A**, Ceja LE, Godfrey L, Setera JB. 2020. Isotopic Analysis of New York City's Unidentified Individuals: Differentiating Migrants from Local Residents in a Multicultural Metropolitan Context. Presented at the 72nd Annual Meeting of the American Academy of Forensic Sciences, Anaheim, CA. Invited Contributor, Crossing Borders: International and Multidisciplinary Applications of Isotope Analysis in Forensic Anthropology.

**Soler A,** Schweighardt AJ, Huynh L, Gajewski C. 2019. Estimating Ancestry and Region of Origin: A Multidisciplinary Approach to the Identification of Unknown Individuals. Paper presented at the 71st Annual Meeting of the American Academy of Forensic Sciences, Baltimore, MD.

**Soler A**, Reineke RC, Beatrice JS, Anderson BE. 2014. An Integrated Approach to the Identification of Human Remains: The Biocultural Profile of Undocumented Migrants. Presented at the 66th Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA. Invited Contributor: Migrant Death Investigation Symposium.

Beatrice JS, **Soler A**. 2014. Skeletal Indicators of Stress: A Component of the Biocultural Profile of Undocumented Migrants. Presented at the 66th Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA. Invited Contributor, Migrant Death Investigation Symposium.

Trammell LH, **Soler A**, Milligan CF, Reineke RC. 2014. The Postmortem Interval: A Retrospective Study in Desert Open-Air Environments. Presented at the 66th Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA. Invited Contributor: Migrant Death Investigation Symposium.

**Soler A**, Anderson BE**.** 2013. The Pima County Office of the Medical Examiner Forensic Anthropology Postdoctoral Fellowship: An Advanced Training Model for Newly Emerging Forensic Anthropologists. Paper presented at the 65th Annual Meeting of the American Academy of Forensic Sciences, Washington, DC.

Reineke RC, **Soler A**. 2013. Dental Ornamentation among Southwest Hispanic Border Crossers at the Pima County Office of the Medical Examiner. Paper presented at the 65th Annual Meeting of the American Academy of Forensic Sciences, Washington, DC.

**Soler A**, Hurst CV, Fenton TW. 2013. Early to Late Christian Burial Practices at Mis Island:

Religious Community and the Concept of Identity. Poster presented at the annual meeting of the American Association of Physical Anthropologists, Knoxville, TN. Invited poster symposium "Advances in the bioarchaeology of Nubia and Central Sudan".

Hurst CV, **Soler A**, Fenton TW. 2013. Life and Death in a Medieval Nubian Farming Community at the Fourth Cataract: An Example from Mis Island. Poster presented at the annual meeting of the American Association of Physical Anthropologists, Knoxville, TN. Invited poster symposium "Advances in the Bioarchaeology of Nubia and Central Sudan".

**Soler A**, Anderson BE. 2013. Forensic Anthropology at the Pima County Office of the Medical Examiner: Complexities in the Identification of Undocumented Migrants. Paper presented at the annual meeting of the Mountain, Desert, and Coastal Forensic Anthropologists, Boulder City, NV.

Beatrice JS, **Soler A**. 2013. An Assessment of Skeletal Stress and Oral Health in Undocumented Border Crossers: Preliminary Results and Implications. Paper presented at the annual meeting of the Mountain, Desert, and Coastal Forensic Anthropologists, Boulder City, NV.

Trammell LH, **Soler A**, Reineke RC. May 2013. The Postmortem Interval: A Retrospective Study in Desert Open Air Environments. Paper presented at the annual meeting of the Mountain, Desert, and Coastal Forensic Anthropologists, Boulder City, NV.

**Soler A,** Reineke RC, Anderson BE. 2013. Crisis at the Border: Human Rights and Forensic Investigations at the Pima County Office of the Medical Examiner. Paper presented at the Inaugural Symposium of Disasters, Displacement, and Human Rights: Framing the Field, Knoxville, TN.

**Soler A**, Williamson AL, Anderson BE, Trammell LH. 2012. Osseous DNA Sampling Procedures and Success Rates at the Pima County Office of the Medical Examiner. Poster presented at the 64th Annual Meeting of the American Academy of Forensic Sciences, Atlanta, GA.

**Soler A**, Hurst CV, Fenton TW. 2012. The Mis Island Medieval Nubian Skeletal Collection at Michigan State University. Poster presentation at the 81st Annual Meeting of the American Association of Physical Anthropologists, Portland, OR.

Fleischman J, Niespodziewanski ER, Kendell AE, **Soler A**. 2012. An Example of Ischiopubic Hypoplasia in Medieval Nubia. Poster presentation at the 81st Annual Meeting of the American Association of Physical Anthropologists, Portland, OR.

**Soler A**. 2011. Positive Identification through Comparative Panoramic Radiography of the Maxillary Sinuses: A Validation Study. Paper presented at the 63rd Annual Meeting of the American Academy of Forensic Sciences, Chicago, IL.

Megyesi M, Jenny L, Bird C, Michael A, **Soler A**, Wankmiller J. 2011. Taphonomy of a Mass Grave in Mid-Michigan (the case of the missing cattle). Poster presented at the 63rd Annual Meeting of the American Academy of Forensic Sciences, Chicago, IL.

**Soler A**, Hurst CV. 2011. Forensic Anthropology at the Pima County Office of the Medical Examiner. Paper presented at the First Annual Meeting of Forests, Lakes, and Grasslands Forensic Anthropologists, Higgins Lake, MI.

**Soler A**, deJong J, Fenton TW. 2007. Examination of Identifications Used by Medical Examiners: A Facility Study. Paper presented at the 59th Annual Meeting of the American Academy of Forensic Sciences, San Antonio, TX.