# EXHIBIT D

# Disclosure as to Expert Witness Doctor Angela Soler, PhD, D-ABFA

**List of Cases**

The following is "a list of all other cases in which, during the previous 4 years, the witness has testified as an expert at trial or by deposition," Fed. R. Crim. P. 16(a)(1)(G)(iii):

| Approximate Date(s) of Testimony | Case Name & Docket No. | Court |
|---|---|---|
| 2022 | People v. Beaton – Ind. 211/19 | Richmond County Supreme Court |
| 2021 | People v. Motta | Queens County Supreme Court |