# EXHIBIT E

# Curriculum Vitae

| Name | Boramchan Lim |
|---|---|

| Laboratory | NYC OCME Department of Forensic Biology |
|---|---|

| Job Title | Criminalist III |
|---|---|

**Education:**

| Institution | Major | Degree Completed | Year Completed |
|---|---|---|---|
| Rutgers University | Genetics & Criminal Justice | BA | May 2013 |

**Other Training:**

| Event | Title | Date(s) of Attendance |
|---|---|---|
| Presentation (8 hours) | Advanced Y-STR training Course | 2016 |
| Workshop (7 hours) | Probabilistic DNA Mixture Interpretation Workshop | 2016 |
| Workshop (12 hours) | Probabilistic DNA Interpretation | 2017 |
| Workshop (13 hours) | How to Be An Effective Criminal Forensics Expert Witness (at NYPD Laboratory) | 2017 |
| Presentations (6 hours) | Promega Tech Tour | 2018 |
| Users Group Meeting (3.5 hours) | 2nd Annual NE Forensic Laboratory Probabilistic Genotyping Users Group Meeting | 2019 |
| Users Group Meeting (8 hours) | 3rd Annual NE Forensic Laboratory Probabilistic Genotyping Users Group Meeting | 2021 |
| Conference (19 hours) | ISHI - International Symposium on Human Identification | 2022 |
| Workshop (14 hours) | Fundamentals of Supervision | 2023 |

**Courtroom Experience:**

Since 2017 - qualified as an expert witness in 30 Grand Juries and 19 Trials in Manhattan, Brooklyn, Bronx, Queens, Staten Island, and Southern District Federal courts for various case types involving alleged sexual assault, homicide, criminal posession of weapon, assault, burglary, robbery, etc.

**Professional Affiliations:**

| |
|---|
| American Academy of Forensic Science 2018 (1 year) |

**Employment History:**

| **Job Title** | Criminalist III | **Tenure** | Nov. 2018 - present |
|---|---|---|---|
| Employer | NYC OCME Department of Forensic Biology | | |
| Triage casework across laboratory wide operation  Interpret and analyze quantitation data  Technical review of negative DNA reports  Mentored new hires  Perform relevant duties listed under Criminalist I & II as necessary  Participated in Internal Validation of Powerplex Fusion and Y23 amplification system on 3500xl Genetic Analyzers and corresponding analysis using STRmix and GeneMarker. | | | |

| **Job Title** | Criminalist II | **Tenure** | Sep. 2016 - Nov. 2018 |
|---|---|---|---|
| Employer | NYC OCME Department of Forensic Biology | | |
| Testify in court as an expert witness before grand juries and courts in NYC  Prepare reports of scientific findings for use by the criminal justice system  Interpret DNA typing results  Case file management  Contribute to internal validation projects of 3500xl, GeneMarker and STRmix | | | |

| **Job Title** | Criminalist I | **Tenure** | July 2014 - Sep. 2016 |
|---|---|---|---|
| Employer | NYC OCME Department of Forensic Biology | | |
| Trained in and routinely perform the following procedures: manual and robotic extraction and purification, quantitation, amplification, DNA detection and instrument setup  Perform and pass proficiency test twice a year  Evidence examination of sexual assault kits, small and large items, swabs including serology testing and using alternate light source for detection of biological fluids | | | |

| | |
|---|---|
| Writing negative serology and administratively closed out reports Administrative review of reports | |

| **Job Title** | Intern | **Tenure** | Sep. 2012 - May 2014 |
|---|---|---|---|
| Employer | NYC OCME Department of Forensic Biology | | |

Trained in and routinely perform the following procedures: extraction and purification, quantification, amplification, and DNA detection and instrument setup

Train incoming interns in performing the procedures listed above

Assist various departmental research projects

Facilitate the work flow of the department through certification, distribution, and archive of forensic case files.

## Other Qualifications

Click or tap here to enter text.