# EXHIBIT F

# CURRICULUM VITAE



### Richard V. C. Busick V
Federal Bureau of Investigation
New York Office
26 Federal Plaza
New York, New York 10278

## PROFESSIONAL EXPERIENCE

**Federal Bureau of Investigation**   New York, NY
*Special Agent*   June 2002 – Present

Certified member of the Cellular Analysis Support Team (CAST). Detailed to the New York Office by the FBI Headquarters Criminal Investigative Division CAST Unit. Analyze call detail records (CDRs), historical cell site information, Google precision location information, and other cellular telephone, social media, and internet records in furtherance of priority investigations and to locate victims and subjects in exigent situations.

Assigned to the Joint Bank Robbery/Violent Crime Task Force from September 2011 to October 2021. Conducted investigations into federal violent crimes including bank robbery, armored car robbery, kidnapping, assaults on federal officials, interstate threats, crimes on the high seas, Hobbs Act robbery, murder for hire, and others. Regularly utilized records including CDRs, historical cell site, and a variety of other data sources to further these investigations and locate subjects, missing persons, and kidnap victims.

Previous assignments include investigating violent crimes and gangs as part of the Hudson Valley Safe Streets Task Force (2009 – 2011), investigating international money laundering and drug trafficking on the New York Organized Crime Drug Enforcement Strike Force (2004 – 2009), and conducting counterterrorism investigations on the Joint Terrorist Task Force (2002 – 2004). These assignments required extensive use of sophisticated investigative techniques including pen registers, Global Positioning System (GPS) tracking, Title III electronic intercepts, and others. Assigned to the New York Special Weapons and Tactics (SWAT) Team (2007 – 2018) and served as an assault team leader (2013 – 2018), regularly utilizing historical and real-time mobile device geolocation data to locate targets prior to and during SWAT missions. Deployed to Iraq (2007) and Afghanistan (2010) on assignments in furtherance of the FBI's counterterrorism mission and in support of U.S. and Coalition Forces.

**United States Navy Reserve – Office of Naval Intelligence**   Fort Dix, NJ
*Intelligence Officer*   May 2018 – Present

Serve as a Division Officer in the Operations Department of a Navy Reserve unit supporting the Office of Naval Intelligence. Lead and oversee enlisted Intelligence Specialists collecting intelligence and conducting analysis on transnational threats in the maritime domain. This mission includes identifying, characterizing, and tracking vessels of interest using commercial software, open sources, and signals intelligence capabilities as well as providing analysis in response to specific tasking and standing requirements.

**Manchester Police Department**   Manchester, CT
*Police Officer*   September 1996 – June 2002

Responded to emergencies and other calls for service, conducted investigations of a variety of incidents and criminal offenses. Enforced motor vehicle and criminal laws. Authored arrest and search warrants. Searched for and located missing persons. Located and arrested wanted persons and fugitives. Served as Field Training Officer and trained new police officers on all facets of the duties of a patrol officer as part of a formalized field training program. Served as a member of a regional SWAT team which involved responding to critical incidents and safely apprehending armed and dangerous or otherwise violent persons.

## EDUCATION

| | | |
|---|---|---|
| Johns Hopkins University, *Master of Arts in Government* | Washington, DC | 2020 |
| Johns Hopkins University, *Graduate Certificate in Intelligence* | Washington, DC | 2016 |
| The College of William and Mary in Virginia, *Bachelor of Arts in Sociology* | Williamsburg, VA | 1997 |

**PROFESSIONAL TRAINING**

**Cellular Analysis Survey Team (CAST) Recertification Conference** (March 2023, March 2022) – Annual 24 hour course including instruction from the major cellular providers and other representatives from the telecommunications and social media industry, including the Florida Institute of Technology, Netscout, Google, Apple, Ford Motor Company, and others. Topics covered included technology and network updates, Radio Frequency (RF) and cellular network engineering with regard to locating mobile devices, analysis of historical cell site and geolocation data including the use of data session records, connected cars and vehicle telematics, mobile virtual network operators, and other related topics.

**CAST Certification Course** (August – September 2021) – 160 hour course including 40 hours of instruction from the Florida Institute of Technology on RF Theory and cellular networks including Global System for Mobile communications (GSM), Code Division Multiple Access (CDMA), Universal Mobile Telecommunications Service (UMTS), Long Term Evolution (LTE), and Fifth Generation Mobile Network (5G) protocols. Classroom and hands-on training on the use of the Gladiator Autonomous Receiver (GAR) for mobile drive testing. Received instruction directly from the cellular providers and their engineers for each of the four major cellular carriers, AT&T, T-Mobile, U.S. Cellular, and Verizon. Received legal training and instruction on providing expert witness testimony.

**CAST Critical Incident Readiness Assessment** (June 2021) – 32 hour field training exercise focused on mobile device geolocation related to critical incidents in a time-sensitive environment. The course utilized practical case scenarios requiring students to apply their understanding of cellular theory to the analysis of CDRs with historical cell site information to identify a target device and user, geolocate the device or devices, and produce a graphic report illustrating their findings.

**CAST Advanced Historical Cell Site Analysis Course** (April 2021) – 40 hours of instruction on cellular theory and analysis of CDRs with historical cell site information through hands-on analysis of various case studies. Discussion of the network setup and records of each cellular provider. Instruction on creation of cellular analysis reports.

**CAST Basic Historical Cell Site Analysis Course** (June 2019) - 24 hours of instruction including an introduction to cellular theory and the analysis of CDRs with historical cell site information from the major cellular providers.

**Reserve Naval Intelligence Officer Basic Course** (March 2019, February 2020) – 264 hours of instruction in the various disciplines of intelligence including geospatial and signals intelligence collection, intelligence analysis, and the intelligence cycle. Instruction on naval operations and intelligence in the maritime domain as well as in support of naval and joint operations ashore.

**Federal Bureau of Investigation New Agents Training** (June – September 2002) – 16 week basic training course for new Agents including legal, procedural, investigational, technical, firearms, and tactical instruction.

**Connecticut Police Officer Standard and Training Council Police Academy** (September 1996 – January 1997) – 16 week basic training course for police officers including legal, procedural, operational, firearms, and tactical instruction.

**AWARDS**

- FBI Director's Award for Distinguished Service to the Law Enforcement Community (2016)
- FBI Director's Award for Excellence in the HUMINT Program (2011)

**INSTRUCTION PROVIDED**

- CAST Basic Historical Cell Site Analysis Course, Framingham, MA (February 2023) – 52 students
- CAST Basic Historical Cell Site Analysis Course, Boston, MA (July 2022) – 80 students
- International Homicide Investigator's Association – CAST Overview, Nashua, NH (May 2022) – 75 students
- CAST Basic Historical Cell Site Analysis Course, New York, NY (February 2022) – 32 students
- CAST Basic Historical Cell Site Analysis Course, Newark, NJ (December 2021) – 25 students

**EXPERT TESTIMONY**

- *People v. DEQUAN REYES* (Indictment 1943/2018), Supreme Court of the State of New York for the County of Queens, Queens, NY (June 6, 2023)
- *U.S. v. CHRISTOPHER ACEVEDO* (21-CR-162-DG), U.S. District Court for the Eastern District of New York, Brooklyn, NY (May 4, 2023)
- *U.S. v. RICHARD SINDE, ET AL* (21-CR-343-MAD), U.S. District Court for the Northern District of New York, Albany, NY (April 20, 21, 2023)
- *People v. SHAKIM ALLEN and DRESHAUN SMITH* (Indictment 2137/2017), Supreme Court of the State of New York for the County of Queens, Queens, NY (March 13, 2023)
- *U.S. v. KEITH WYCHE and ONEIL ALLEN* (18-CR-561-DLI), U.S. District Court for the Eastern District of New York, Brooklyn, NY (February 13, 2023)
- *U.S. v. STEPHEN SIMMONS* (22-CR-399-VEC), U.S. District Court for the Southern District of New York, New York, NY (January 13, 2023)
- *State of Minnesota v. LENEIL JAMES COLBERT, JR.* (62-CR-21-6336), Ramsey County District Court, St. Paul, MN (November 16, 2022)
- *U.S. v. CHRIS BANTIS* (21-CR-483-ENV), U.S. District Court for the Eastern District of New York, Brooklyn, NY (November 15, 2022)
- *U.S. v. LAFAYETTE MORRISON, ET AL* (20-CR-216-AMD), U.S. District Court for the Eastern District of New York, Brooklyn, NY (October 18, 19, 2022)
- *U.S. v. AL MALIK ALSHAHHI, ET AL* (21-CR-371-BMC), U.S. District Court for the Eastern District of New York, Brooklyn, NY (October 12, 2022)
- *U.S. v. ANTHONY ZOTTOLA, ET AL* (18-CR-609-HG), U.S. District Court for the Eastern District of New York, Brooklyn, NY (October 6, 11, 2022)
- *U.S. v. ANTHONY PANDRELLA* (19-CR-122-MKB), U.S. District Court for the Eastern District of New York, Brooklyn, NY (June 9, 2022)
- *U.S. v. TAWANNA HILLIARD* (19-CR-358-PKC), U.S. District Court for the Eastern District of New York, Brooklyn, NY (April 21, 2022)
- *U.S. v. ERIC SPENCER* (21-CR-193-GHW), U.S. District Court for the Southern District of New York, New York, NY (March 24, 2022)
- *U.S. v. ZHONGSAN LIU* (19-CR-804-VEC), U.S. District Court for the Southern District of New York, New York, NY (March 21, 2022)
- *U.S. v. TYREIK JACKSON* (20-CR-476-EK), U.S. District Court for the Eastern District of New York, Brooklyn, NY (February 16, 2022)

*Updated June 2023*