# EXHIBIT G

████████████████████████████████████

## WORK EXPERIENCE
**New York City Police Department, Latent Print Section, Major Case Unit**                    *Detective, 1ˢᵗ Grade*
- March 2003 – Present: Analyze, compare, evaluate and verify subjects of investigations based on latent prints forwarded from Crime Scene Unit, Latent Print Development Unit and/or Evidence Collection Team
- May 2001 – March 2003: Analyzed, compared, evaluated and verified subjects of investigations based on latent prints forwarded from Evidence Collection Team in Brooklyn North and Brooklyn South

**Evidence Collection Team, Manhattan South Borough**                    *Police Officer*
- 1998 – May 2001: Responded to crime scenes such as: grand larceny auto, petty larceny, shootings without sustained injuries, burglaries and robberies
- Gathered pictures, measurements, latent prints, DNA swabbing, vouchered evidence

**1ˢᵗ Precinct, New York, NY**                    *Police Officer*
- August 1993 – 1998: Patrol police officer

**Police Cadet Program**                    *Cadet*
- June 1991 – August 1993

## EDUCATION
**Pace University**, New York, NY                    *Bachelor of Arts*
- June 1993: Bachelor of Arts in Communications, Minor in Political Legal Studies

## CERTIFICATION
International Association for Identification, Certified Latent Print Examiner: 2006, 2011, 2016, 2021

## COMPLETED TRAININGS
44ᵗʰ Tri-State Identification Conference with New Jersey, New York, Connecticut, New Jersey Identification Association: 2000
Court Testimony and Daubert Challenge, Meagher, FBI: 2002
Judicial Preparatory Course: 2002
Demystifying Palm Prints, RS&A: 2003
MetaMorpho Latent Fingerprint Training Program, Sagem Morpho, Inc.: 2003
Introduction to Forensic Digital Imaging, FORAY Technologies: 2004
Courtroom Testimony Techniques "Success Instead of Survival", RS&A: 2004, 2013
Complex Latent Print Examination, RS&A: 2005, 2013, 2018
Quantitative and Qualitative Friction Ridge Analysis, Ashbaugh: 2005
Latent Print Expert Witness Testimony, RS&A: 2005
MetaMorpho LAW Training, Sagem Morpho, Inc: 2005
Basic Forensic Ridgeology, RS&A: 2005
Citywide and National Incident Management Systems Training, Levels – ICS-100, ICS-200, IS-700, NYPD: 2006
Courtroom Testimony Techniques for Latent Print Examiners, RS&A: 2006
Statewide Automated Fingerprint Identification Systems: 2006
ULW Software Training Program, FBI: 2006
Criminal Investigation Course, NYPD: 2007
Homicide Investigator's Course, NYPD: 2009
Advanced Palm Print Comparison Techniques, RS&A: 2010, 2012, 2013
Probability and Fingerprints, an Introduction, Forensic Science Service: 2010
Advanced ACE-V Applications, RS&A: 2010, 2012
Essential Ridgeology Concepts, RS&A: 2010, 2012, 2021
Fingerprint Expert Witness Testimony Techniques, RS&A: 2010, 2012, 2017
Examination of Simultaneous Impressions, RS&A: 2011
State Automated Biometric Identification System (SABIS) Latent Entry Course, Safran, MorphoTrak: 2012
Orientation and Search Clues, Zeller: 2013
Latent Print Advanced Testimony 2 Day Workshop, FBI: 2013, 2019
Latent Crime Scene Response, RS&A: 2013
Courtroom Training, Gray's Forensic FP Training: 2013
Comparison of Plantar Friction Ridge Impressions, RS&A: 2013, 2014
Scientific Analysis (ACE-V): From the Laboratory to the Witness Stand, Triplett, RS&A: 2013, 2021
Introduction to Digital Processing of Evidentiary Photography, FORAY Technologies: 2013
Advanced Digital Processing of Evidentiary Photography, FORAY Technologies: 2013

Documenting ACE-V, Gray's Forensic FP Training: 2013
Fundamentals of Latent Print Examination, RS&A: 2013
Complex Latent Print Examination, Martin Forensics, LLC: 2013
Fingerprint and Trace Evidence Detection and Collection on Skin, RS&A: 2014
Analysis of Distortion in Latent Prints, Maceo: 2014, 2019
Criminal Justice Access Testing, New York State Integrated Justice Advisory Board: 2014, 2016, 2018
Forensic Digital Imaging for Latent Print Examiners: Extend Your Reach, RS&A: 2014
Finding Latent Print Evidence with Chemistry and Light, RS&A: 2014
Latent Print Search and Comparison Techniques, RS&A: 2014, 2023
Palm Print Comparison Techniques, RS&A: 2014, 2017
Documentation of Latent Print Examinations, Martin Forensics, LLC: 2015
Special Victims Investigator's Course, NYPD: 2016
High Intensity Drug Trafficking Area (HIDTA) I Advanced Narcotics Training, NYPD: 2016
Understanding Exclusion and Sufficiency Decisions, RS&A: 2016
High Intensity Drug Trafficking Area (HIDTA) II Tactical Course, NYPD: 2017
Digital Processing of Evidentiary Photography, FORAY Technologies: 2018
Latent Expert, IDEMIA: 2019
Palm Print Search & Comparison Techniques, Tritech Forensics:  2022