# EXHIBIT H

# Disclosure as to Detective Cynthia Ramirez

**List of Cases**

The following is "a list of all other cases in which, during the previous 4 years, the witness has testified as an expert at trial or by deposition," Fed. R. Crim. P. 16(a)(1)(G)(iii):

| Approximate Date(s) of Testimony | Case Name & Docket No. | Court |
|---|---|---|
| September 7, 2023 | People v. Brannon (Ind: 6559-2015) | Kings County Supreme Court |
| June 14, 2023 | People v. Bellucci (Ind: 384-2010) | Staten Island Supreme Court |
| October 26, 2022 | People v. Robeirto Roberts (Ind: 8688-2018) | Kings County Supreme Court |
| May 16, 2022 | People v. Curtis (Ind: 435-2017) | Bronx County Supreme Court |
| May 4, 2022 | People v. Marquis Oldman (Ind: 3214-2017) | Kings County Supreme Court |
| April 19, 2022 | People v. Tashawn Beckford (Ind: 95-2020) | Staten Island Supreme Court |
| March 21, 2022 | People v. Keith Wiggins – (Ind: 8075-2017) | Kings County Supreme Court |
| October 12, 2021 | People v. Tysheem McGregor (Ind: 2606-2016) | New York County Supreme Court |