# EXHIBIT I

# Patricia Zippo

████████████████████████
        ██████
      ██████████
███████                    ███████
███████                    ███████

**RELEVANT EMPLOYMENT HISTORY:**
May 2012 – present
Forensic Document Examiner, Private Consultant.
Performing casework in all aspects of questioned document examination, primarily in handwriting comparisons but also including: typewriting, ink, paper, printing processes/devices, rubber stamps, photocopies, alterations, indented impressions, digital imaging/processing. Provide expert testimony.

December 2003 – November 2019
Criminalist, New York Police Department Laboratory, Jamaica, NY.
Performed casework in all aspects of questioned document examination, primarily in handwriting analysis but also included and not limited to: typewriting, ink, paper, printing processes/devices, rubber stamps, photocopies, alterations, indented impressions, special photographic/imaging techniques. Provide expert testimony.
October 2006-December 2017
Breath Analysis Operator/Technical Supervisor, certified by New York State Department of Health. Performing field inspections/calibrations of instruments, classroom instruction and provide expert testimony.
June 1998-December 2003*
Performed casework in Latent Print Development Unit.  Provided expert testimony.
Member of the Safety Committee.
*In addition, 2005-2006 performed casework in Latent Print Development Unit including administrative and technical reviews.
May 1985-June 1998
Performed casework in Serology Unit.  Provided expert testimony.
Quality Control Coordinator for Serology Unit from September 1996 to June 1998.

**EDUCATION:**
University of New Haven, B.S. Forensic Science, A. S. Chemistry, June 1984.

**TRAINING/PROFESSIONAL DEVELOPMENT:**
August 2020
Participant in the FBI Laboratory Handwriting Examiner Decision Analysis Study, Ideal Innovations, Inc.
Testing period from July 26, 2019 through May 17, 2020, 100 comparison sets, online.
July 2019
TWGDOC Meeting Jamaica, New York.

November 2018
TWGDOC Meeting Jamaica, New York.
May 2018
Mohawk Paper Mill Presentation and Tour Cohoes, New York.
May 2018
TWGDOC Meeting Jamaica, New York.
September 2017
TWGDOC Meeting Jamaica, New York.
April 2017
TWGDOC Meeting Jamaica, New York.
February 2017
BOND Company Discussion and Tour of Facility New York, New York.
September 2016
TWGDOC Meeting Jamaica, New York.
May 2016
Internal Auditor Training: NYPD Police Laboratory Jamaica, New York.
May 2016
Speak Wells Powerful Presence: Managing Your Impression in the Courtroom Jamaica, New York.
March 2016
Typography Workshop Peter Tytell Jamaica, New York.
March 2016
TWGDOC Meeting Jamaica, New York.
November 2015
MAAFS Questioned Documents Fall Workshop Cooperstown, New York.
October 2015
TWGDOC Meeting Conference Jamaica, New York.
April 2015
TWGDOC Meeting Conference Jamaica, New York.
May 2014
TWGDOC Meeting Conference Jamaica, New York.
May 2014
MAAFS Annual Meeting/ASQDE Workshop "Demystifying the ABFDE Certification Process" Penn State, Pennsylvania
March 2014
TWGDOC Meeting/Conference Jamaica, New York.
August 2013
ASQDE Annual Meeting. Indianapolis, Indiana.
June 2013
National Institute of Standards and Technology Webinar "Measurement Science and Standards in Forensic Handwriting Analysis Conference".
August 2011
ASQDE Annual Meeting/ABFDE Workshop "Signature Examination Workshop- Complex Issues and Common Problems". Philadelphia, Pennsylvania.

March 2011
TWGDOC Meeting New York Police Department Laboratory, Suffolk Country Crime Laboratory, Nassau County Crime Laboratory. Sponsored by DCJS.
New York, New York.
October 2009
Document Reprocessors
Discussion and Tour of Facility   Rushville, New York.
April 2004 – June 2008
TWGDOC Meetings New York Police Department Laboratory, New York State Police Laboratory, Suffolk County Crime Laboratory.  Sponsored by DCJS.
May 2008
Foster & Freeman at NYPD Jamaica, New York.
Introduction to VSC 6000
August 2005 – November 2007
NYPD/USPIS Training in Questioned Documents including: handwriting, typewriting, ink, paper, printing processes, erasures, alterations, obliterations, indented writing, special photographic techniques.
November 2006
Rochester Institute of Technology    Rochester, New York.
Printing Process Identification
November 2006
Northeastern Association of Forensic Scientists Annual Meeting   Rye, New York.
Questioned Document Session Chair/Workshop Chair
April 2006
FBI Fundamentals of Handwriting   Quantico, Virginia.
November 2005
Northeastern Association of Forensic Scientists Annual Meeting  Newport, Rhode Island.
Attendee MS Access for Forensic Document Examiners Workshop, Typography Workshop.
February 2005
Islamic Terrorist Investigation/Counterterrorism   NYPD  New York, New York.
November 2004
RAW Ribbon Analysis Workstation-Envisage Systems Ltd. NYPD Jamaica, New York.
September 2004
BIC Corporation Discussion and Tour of Facility   Milford, Connecticut.
June 2004
US Secret Service Questioned Document Course Glynco, Georgia.
May – July 2004
Forensic Document Examination    Understudy Program- Writing Instruments and Materials, Dan Purdy.
February – March 2004
Fundamentals of Handwriting Comparisons, John Sang.
June 2003
PC Pros Advances Forensic Digital Imaging Training Program Rego Park, New York.

June 2000
PC Pros MORE HITS Advanced Digital Imaging Training   New York, New York.
June 1999
Institute For Forensic Imaging/Digital Photography at NYPD Jamaica, New York.
March 1999
Adobe Photoshop    CompUSA Rego Park, New York.
October 1998
FBI Law Enforcement Officers Training School – Basic Photography
John Jay College of Criminal Justice   New York, New York.

**PROFESSIONAL MEMBERSHIPS:**
2004 – 2019   Technical Working Group of Document Examiners
1981 – present   Northeastern Association of Forensic Scientists

**PUBLICATION:**
Dumitra A, Guzowski A, Jean A, Shaw M, Warmbier G, Zippo P: Distinguishing Characteristics of Robotic Writing. J Forensic Sci., 2018. doi: 10.1111/1556-4029.13886