# EXHIBIT J

# Patricia Zippo
Forensic Document Examiner
646-295-6183
pdejcat@aol.com

P.O. Box 610023  P.O. Box 132
Bronx, NY 10461  East Prospect, PA 17317

## COURT TESTIMONIES

- April 2023 New York, New York, Hearing-Attorney Grievance Committee For The First Judicial Department
- March 2023 Bronx, New York, Supreme Court, *Nationstar v. Fuller*
- May 2021 Virtual Testimony, Queens County, NY, Landlord-Tenant Part of New York City Civil Court, *Saadatii v. Yellowstone et al.,* Index No. 10817-20
- February 2020 New York, NY, Supreme Court, *Suttongate Holdings Limited v. Virginia Iglesias et al.,* Index No. 652393/20154
- February 2020 Newark, NJ, Essex County Superior Court, *295 Pomona Ave LLC v. Gurley,* Index No. 1011-2020
- February 2020 New York, NY, Civil Court, *Wu v. Gessler,* Index No. 022067/2015