LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

January 31, 2024

**BY ECF & Electronic Mail**
The Honorable Ann M. Donnelly
United States District Court Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

**Re: United States v. Cory Martin; 20 Cr. 549 (AMD)**

Dear Judge Donnelly:

      We represent Cory Martin in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. We write to address the Court's order docketed on January 30, 2024, directing Mr. Martin to identify exhibits he intends to introduce during the Government's case-in-chief, pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure, on or before February 1, 2024.

      According to Rule 16(b)(1)(A), the defendant must permit the Government to inspect and copy materials, upon request, if these materials are within the defendant's possession, custody or control and the defendant intends to use them in his case-in-chief at trial. However, the rule only requires the defendant to produce these materials to the Government "[i]f a defendant requests disclosure under Rule 16(a)(1)(E) and the government complies." Fed. R. Crim. P. 16(b)(1)(A). We have requested numerous updates from the Government on the production of its intended exhibits. Most recently, on January 30, 2024, the Government represented that it had, in fact, produced some exhibits and will keep "rolling out" exhibits throughout this week. To date, we have only received four exhibits—all of which are photographs of the black 2005 Nissan Maxima relevant to the case.

      Without the ability to review Government exhibits, Mr. Martin is not in a position to decide what, if any, defense exhibits may be introduced during the Government's case-in-chief. Additionally, we have received a limited amount of Jencks Act Material ("3500"). Around December 22, 2023, as the Court advised, the parties discussed and agreed to various January 2024 dates for the production of sensitive and non-sensitive 3500 material.

Presently, the Government has produced no interview or trial preparation meeting notes for CW-1 or its other sensitive witnesses after September 2023. For the over 40 non-sensitive witnesses, except one, the Government has produced *no* interview or trial preparation meetings notes from 2022, 2023 or 2024. As an example, the Government noticed its intention to call experts from the New York City Office of Chief Medical Examiner, yet the 3500 material produced thus far, suggests that the Government has had no meetings or communications with such experts about their expected trial testimony. In a phone call with the Government on January 26, 2024, after inquiring into what we assumed was missing 3500 material, the Government maintained that it has not been taking notes during its interviews and preparation meetings with trial witnesses.

A substantial portion of the "3500" material presently in our possession, including but not limited to, chain-of-custody documents, lab reports, subpoena responses, crime scene unit sketches, and police reports, is what can only be categorized as Rule 16 discovery—some new and some previously produced. The Government is not required to take notes during witness interviews. *United States v. Rodriguez*, 496 F.3d 221, 225 (2d Cir. 2007). However, we are skeptical that no such notes exist, with the number of witnesses expected to testify at Mr. Martin's trial. Additionally, the Government has an obligation in these witness meetings to preserve and relay any materially exculpatory or impeaching information to the defense, yet we have received no such disclosures. *Id*. at n. 3.

Because the Government has not yet produced trial exhibits, other than four photographs of the Nissan Maxima, or meaningful 3500 material that includes notes from witness meetings, Mr. Martin cannot comply with the Court's January 30, 2024 order to produce Rule 16(b) material by February 1, 2024.

We thank the Court for its consideration.

Respectfully submitted,

/s/

Anthony Cecutti
Kestine Thiele
*Attorneys for Cory Martin*