COURT EXHIBIT
2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------X

UNITED STATES OF AMERICA

    - against -                             Docket No. 20-CR-549 (S-1) (AMD)

CORY MARTIN,

             Defendant.

------------------------X

## VERDICT SHEET

## COUNT ONE
## Murder-for-Hire

How do you find the defendant?

Guilty __X__    Not Guilty _____

*If you answered "Guilty" as to Count One, answer the following question:*

Did the murder-for-hire result in the death of Brandy Odom?

Yes __X__    No _____

## AS TO COUNT TWO
## Murder-for-Hire Conspiracy

How do you find the defendant?

Guilty __X__    Not Guilty _____

*If you answered "Guilty" as to Count Two, answer the following question:*

Did the conspiracy to commit murder-for-hire result in the death of Brandy Odom?

Yes __X__    No _____

## AS TO COUNT THREE
## Wire Fraud Conspiracy

How do you find the defendant?

Guilty __X__    Not Guilty _____

## AS TO COUNT FOUR
## Aggravated Identity Theft

How do you find the defendant?

Guilty __X__    Not Guilty _____

2

## AS TO COUNT FIVE
## Fraudulent Use of Identification

How do you find the defendant?

Guilty __X__   Not Guilty _____

*If you answered "Guilty" as to Count One, answer the following question:*

Was this offense committed in connection with the murder of Brandy Odom?

Yes __X__   No _____

3